**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2325**

In re:  KEVIN TERRELL HARVEY,

Petitioner.

On Petition for Writ of Mandamus.
(1:16-cr-00094-NCT-1; 1:19-cv-00604-NCT-LPA)

Submitted:  May 5, 2022                                      Decided:  May 10, 2022

Before NIEMEYER, KING, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kevin Terrell Harvey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Terrell Harvey petitions for a writ of mandamus, asserting that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on April 15, 2022, the magistrate judge issued a report recommending that Harvey's § 2255 motion, his amended § 2255 motion, and his request to add claims be denied, and a text order denying Harvey's pending motions. Accordingly, because there has been significant action in Harvey's case, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*